## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CHAMPION BANK, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 4:13-cv-00816 NAB |
| v. ) ) | |
| LANE ALPERT, et al. ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties pursuant to Fed. R. Civ. P., 41(a)(1)(A)(ii), and stipulate to the dismissal of all claims in the above-captioned matter with prejudice, and with each party to bear his own costs and attorneys' fees.

Dated: 6/19/2014

Respectfully Submitted,

**FIELDS AND BROWN, LLC**

/s/ Taylor Fields
Taylor Fields, MO#21371
J. David Bowers, MO# 33469
1100 Main, Suite 1600
Kansas City, MO 64105
816-474-1700
816-421-6239 (fax)
tfields@fieldsandbrown.com

**COUNSEL FOR PLAINTIFF,**
**FEDERAL DEPOSIT INSURANCE**
**CORPORATION, AS RECEIVER**
**FOR CHAMPION BANK**

**BRYAN CAVE LLP**

/s/ Charles A. Weiss
Charles A. Weiss, MO#20299
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
314-259-2000
314-259-2020 (fax)
caweiss@bryancave.com

**COUNSEL FOR DEFENDANT,
CHARLES BONO, III**

**ARMSTRONG TEASDALE, LLP**

/s/Jeffrey T. Demerath
Jeffrey T. Demerath, MO# 30991
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
314-342-4103
314-552-4867 (fax)
jdemerath@armstrongteasdale.com

**COUNSEL FOR DEFENDANT,
JEFFREY MUGG**

**THE JONES LAW FIRM, P.A.**
/s/ Michael S. Jones
Michael S. Jones, MO#41761
7015 College Boulevard, Suite 375
Overland Park, KS 66211
913-322-7200
913-322-9275 (fax)
Mike.Jones@jones-law-firm.com

**COUNSEL FOR DEFENDANT,
PAXTON SCHNEIDER**

**LAW OFFICES OF AL W. JOHNSON**

/s/ Al W. Johnson
Al W. Johnson, MO#31485
112 S. Hanley Road
Suite 200
Clayton, MO 63105
314-726-6489
314-726-2821 (fax)
ajohnson@awj-law.com

**COUNSEL FOR DEFENDANT, LANE ALPERT**

**BERGER AND COHEN**

/s/  Steven M. Cohen
Steven M. Cohen, MO#33794
8000 Maryland Avenue
Suite 1550
Clayton, MO 63105
314-721-7272
314-721-1668 (fax)
scohen@bcbslaw.com

**COUNSEL FOR DEFENDANTS, CHRISTOPHER KEHR AND MICHAEL DENCKHOFF**


**WYRSCH HOBBS & MIRAKIAN, P.C.**

/s/ James R. Wyrsch
James R. Wyrsch, MO#20730
Marilyn B. Keller, MO#39179
1000 Walnut
Suite 1600
Kansas City, MO 64106
816-221-0080
816-221-3280 (fax)
jimwyrsch@whmlaw.net

**COUNSEL FOR DEFENDANT, CARLO DIMARIA**

**TERRY JONES, L.L.C.**
/s/ Terry L. Jones
Terry L. Jones, MO# 31562
13421 Manchester Road, Suite 105
St. Louis, MO 63131
314-434-2725
314-686-4033 (fax)
terry@terryljones.com

**COUNSEL FOR DEFENDANT, JEFFREY NAGLE**


**OTTSEN, LEGGAT & BELZ, L.C.**

/s/ Lamar E. Ottsen
Lamar E. Ottsen, MO#18682
112 S. Hanley Road, Suite 200
St. Louis, MO 63105-3418
314-726-2800
314-863-3821 (fax)
lottsen@msn.com

**COUNSEL FOR DEFENDANT, JOHN PRENTIS**

**WALTRIP AND SCHMIDT, LLC**

/s/Michael Becker
Michael A. Becker
8151 Clayton Road, Suite 200
St. Louis, MO 63117
314-721-9200
314-880-7755 (fax)
mab@mabeckerlaw.com

**COUNSEL FOR DEFENDANT, ROBERT UTHOFF**