# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CHAMPION BANK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:13-CV-816 NAB |
| LANE ALPERT, et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Upon the filing of the parties' Joint Stipulation of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims in this action are **DISMISSED with prejudice** with the parties to bear their own costs.

Dated this 20th day of June, 2014.

 /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE